UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD P. GAMBINO, as he is ADMINISTRATOR, LOCAL 103, I.B.E.W. HEALTH BENEFIT PLAN; ELECTRICAL WORKERS' PENSION FUND, LOCAL 103, I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME FUND, LOCAL 103, I.B.E.W.; JOINT APPRENTICESHIP AND TRAINING FUND; and LAWRENCE J. BRADLEY, as he is EXECUTIVE SECRETARY-TREASURER, NATIONAL ELECTRICAL BENEFIT FUND,<br>    Plaintiffs,<br><br>    vs.<br><br>MEGATEL COMMUNICATIONS, INC.,<br>    Defendant. | C.A. No. 10-10189-NMG |

## AMENDED ORDER OF APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL PURSUANT TO FEDERAL RULE 41(a)(2)

Pursuant to Rule 41(a)(2), Fed. R. Civ. P., upon motion of the Plaintiffs, IT IS HEREBY ORDERED:

The parties' Settlement Agreement is hereby approved and the terms of the Settlement Agreement as set forth in the Settlement Agreement, Exhibit A to the Plaintiffs' Motion, are hereby incorporated in this Order of Dismissal. The Plaintiffs' claims against Megatel Communications, Inc. are hereby dismissed without costs and without prejudice to reopening the matter if the terms of the Settlement Agreement and this Order are violated.

  **SO ORDERED.**

                 /s/Nathaniel M. Gorton
                 **The Honorable Nathaniel M. Gorton**
                 **Justice of the United States District Court**

**Dated:** 6/18/10